IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr161-GCM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARIO ALBERTO REYES (1) | ) | |
| | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

**THIS MATTER** is before the Court on the pro se Motion to Reduce Sentence filed on February 23, 2016 [Doc No. 87].

The Court has conducted an initial review and finds that the Government should file a response or answer addressing the merits of any claims raised in Petitioner's motion.

**IT IS, THEREEFORE, ORDERED** that the Government shall file a response to the pro se Motion to Reduce Sentence within sixty (60) days from entry of this Order.

**SO ORDERED**.

Signed: May 26, 2016

Graham C. Mullen
United States District Judge

1