# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:04-cr-00161-GCM-DCK

| | |
|---|---|
| **UNITED STATES,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **MARIO ALBERTO REYES,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Mario Alberto Reyes filed a Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 96). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: July 15, 2021

Graham C. Mullen
United States District Judge