IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:04-CR-00161-GCM-DCK

| UNITED STATES OF AMERICA, | |
|---|---|
| Prosecution, | |
| v. | ORDER |
| MARIO ALBERTO REYES, | |
| Defendant. | |

**THIS MATTER** comes before the Court on its own motion. Defendant Mario Alberto Reyes filed a pro se Motion for Compassionate Release (ECF No. 101). The Court instructs the Government to respond to the Motion within thirty (30) days of entry of this order.

**SO ORDERED**.

Signed: September 22, 2021

*Graham C. Mullen*
Graham C. Mullen
United States District Judge